| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esq.<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>M&T Bank |
| In Re:<br><br>Marc Cornella<br>Kerri E Cornella<br><br>       DEBTORS |

Order Filed on August 2, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    16-15982 VFP

Chapter: 7

Hearing Date: July 26, 2016 at 10:00am

Judge:  Vincent F Papalia

| Recommended Local Form: | X  Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 2, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of <u>M&T Bank</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■ Real Property More Fully Described as:

**Land and premises commonly known as 9 Benham Way, Sparta NJ 07871**

☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Marc A. Cornella  
Kerri E. Cornella  
    Debtors

Case No. 16-15982-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 03, 2016  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2016.  
db/jdb       +Marc A. Cornella,    Kerri E. Cornella,    9 Benham Way,    Sparta, NJ 07871-1155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:

           Charles M. Forman    charles.forman@leclairryan.com,    lori.capasso@leclairryan.com  
           Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,  
     bkgroup@kmllawgroup.com  
           John R. Morton, Jr.    on behalf of Creditor    Porsche Financial Servicing, a servicer for Porsche Leasing LTD mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com  
           Kim R. Lynch    on behalf of Trustee Charles M. Forman kim.lynch@leclairryan.com,  
     kathryn.anema@leclairryan.com  
           Stephen B. McNally    on behalf of Debtor Marc A. Cornella steve@mcnallylawllc.com,  
     sue@mcnallylawllc.com  
           Stephen B. McNally    on behalf of Joint Debtor Kerri E. Cornella steve@mcnallylawllc.com,  
     sue@mcnallylawllc.com

                                                                                                                 TOTAL: 6