UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                            Case No.:    16-15982(VFP)

Mark A. Cornella and Kerri E. Cornella        Chapter:    7

                                                           Judge:      Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

**Charles M. Forman, Chapter 7 Trustee** in this case proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> United States Bankruptcy Court
> District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on May 2, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> The Trustee proposes to abandon real property owned by the Debtor located at 9 Benham Way, Sparta, New Jersey with a fair market value of $668,000.00 on the basis that it is of inconsequential value and burdensome to the estate.

> Liens on property:
>
> First Mortgage held by M&T Bank in the approximate amount of $380,297.91
> Second Mortgage held by Wells Fargo Home Mortgage in the approximate amount of $249,675.14
> Third Mortgage held by Wells Fargo Home Mortgage in the approximate amount of $169,202.26

> Amount of equity claimed as exempt:
>
> None

Objections must be served on, and requests for additional information directed to:
Name:        */s/ Kim R. Lynch, Esq.*
Address:       LeClairRyan, 1037 Raymond Boulevard, 16th Floor, Newark, NJ 07102
Telephone No.: ( 973) 491-3600

20205831_1

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-15982-VFP
Marc A. Cornella                                                Chapter 7
Kerri E. Cornella
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 03, 2017
                              Form ID: pdf905          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2017.
db             +Marc A. Cornella,    9 Benham Way,    Sparta, NJ 07871-1155
jdb           #+Kerri E. Cornella,    9 Benham Way,    Sparta, NJ 07871-1155
aty            +LeClairRyan, a Professional Corporation,    1037 Raymond Boulevard, Sixteenth Floor,,
                 Newark, NJ 07102-5423
cr             +John Rafferty,    14841 Dallas Parkway,    Suite 300,    Dallas, TX 75254-7883
cr             +Porsche Financial Servicing, a servicer for Porsch,    One Porsche Dr.,    Atlanta, GA 30354-1654
516089506      +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
516089508      +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
516089512      +Porsche Financial Services,    One Porsche Drive,    Atlanta, GA 30354-1654
516089513      +Sparta Medical Complex,    c/o Bright Star Realty,    350 Sparta Avenue,    Sparta, NJ 07871-1120
516089514     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial Services,    Asset Protection Dept.,    PO Box 2958,
                 Torrance, CA 90509)
516089515      +Wells Fargo,    PO Box 29482,    Phoenix, AZ 85038-9482
516089516      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2017 00:29:55       U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2017 00:29:50        United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516089509       E-mail/Text: camanagement@mtb.com Apr 04 2017 00:29:39       M&T Bank,
                 1 Fountain Plaza, Floor 4,    Buffalo, NY 14203
516089510       E-mail/Text: camanagement@mtb.com Apr 04 2017 00:29:39       M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240
516089511       E-mail/Text: camanagement@mtb.com Apr 04 2017 00:29:39       M&T Bank,    PO Box 62182,
                 Baltimore, MD 21264
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516089507     ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2017 at the address(es) listed below:
              Charles M. Forman    charles.forman@leclairryan.com,
               lori.capasso@leclairryan.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Apr 03, 2017
                              Form ID: pdf905          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          John R. Morton, Jr.    on behalf of Creditor    Porsche Financial Servicing, a servicer for Porsche Leasing LTD mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Kim R. Lynch    on behalf of Trustee Charles M. Forman kim.lynch@leclairryan.com, kathryn.anema@leclairryan.com
          Stephen B. McNally    on behalf of Debtor Marc A. Cornella steve@mcnallylawllc.com, sue@mcnallylawllc.com
          Stephen B. McNally    on behalf of Joint Debtor Kerri E. Cornella steve@mcnallylawllc.com, sue@mcnallylawllc.com

                                                                               TOTAL: 6