| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | Order Filed on August 10, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARK A. CORNELLA AND KERRI E. CORNELLA,<br><br>                              Debtors. | Chapter:   7<br><br>Case No.:  16-15982 (VFP)<br><br>Judge:   Vincent F. Papalia |

| |
|---|
| Recommended Local Form:          ☐Followed         ☒Modified |

# ORDER AUTHORIZING RETENTION OF
# FORMAN HOLT AS SUBSTITUTE ATTORNEYS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 10, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

00703303 - 1

Page 2
Debtor: Mark A. Cornella and Kerri E. Cornella
Case No. 16-15982 (VFP)
Caption: Order Authorizing Retention of Forman Holt as Substitute Attorneys

_____

Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as substitute attorneys, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted. The professional's address is: 66 Route 17 North, First Floor
Paramus, New Jersey 07652

1. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.
   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

3. The effective date of the retention is June 10, 2017.