| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | Order Filed on August 10, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARK A. CORNELLA AND KERRI E. CORNELLA,<br><br>                                Debtors. | Chapter:   7<br><br>Case No.:  16-15982 (VFP)<br><br>Judge:   Vincent F. Papalia |

| Recommended Local Form: | ☐Followed | ☒Modified |
|---|---|---|

### ORDER AUTHORIZING RETENTION OF
### FORMAN HOLT AS SUBSTITUTE ATTORNEYS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

DATED: August 10, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

00703303 - 1

Page 2
Debtor:      Mark A. Cornella and Kerri E. Cornella
Case No.    16-15982 (VFP)
Caption:    Order Authorizing Retention of Forman Holt as Substitute Attorneys

_____

Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as substitute attorneys, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted. The professional's address is:  66 Route 17 North, First Floor
Paramus, New Jersey 07652

1. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.
    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

3. The effective date of the retention is June 10, 2017.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-15982-VFP
Marc A. Cornella                                                                Chapter 7
Kerri E. Cornella
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1         Date Rcvd: Aug 10, 2017
                               Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
db            +Marc A. Cornella,    9 Benham Way,    Sparta, NJ 07871-1155
jdb          #+Kerri E. Cornella,   9 Benham Way,    Sparta, NJ 07871-1155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
              Charles M. Forman    cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.   on behalf of Creditor    Porsche Financial Servicing, a servicer for Porsche
               Leasing LTD ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,   kanema@formanlaw.com
              Stephen B. McNally    on behalf of Debtor Marc A. Cornella steve@mcnallylawllc.com,
               sue@mcnallylawllc.com
              Stephen B. McNally    on behalf of Joint Debtor Kerri E. Cornella steve@mcnallylawllc.com,
               sue@mcnallylawllc.com
                                                                                             TOTAL: 6